UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **LATRICA HOBBS,** | ) | **CASE NO. 07-01370-TBB-13** |
| SSN: XXX-XX-1263, | ) | |
| | ) | |
| Debtor. | ) | |

## APPLICATION FOR APPROVAL OF
## EMPLOYMENT OF PROFESSIONAL PERSONS

Pursuant to 11 U.S.C. § 327(e) and Bankruptcy Rule 2014(a), the above-captioned Debtor (hereinafter "Applicant") requests this Honorable Court to approve the employment of:

John Hubbard of Jaffe & Erdberg, P.C. and Whitney Seals of Pate & Cochrun LLP

whose respective addresses are:

205 20th Street North, Suite 817
Birmingham, Alabama 35203

Post Office Box 10448
Birmingham, Alabama 35202

as Special Counsel for the Debtor to represent or assist Applicant in carrying out his or her duties under Title 11 of the United States Code. In support of this request, Applicant represents as follows:

1. Each of the persons whose employment is requested (hereinafter "each of said persons")

   (a) is professionally qualified and licensed, if required, for such employment;

   (b) does not hold or represent an interest adverse to the estate;

   (c) is a disinterested person as that term is defined in § 101(14) of the Bankruptcy Code; and

(d) has not served as an examiner in this case.

2. Each of said persons is not employed by and does not represent a creditor in this case unless indicated under (a) below.

   (a) Said person is employed by or represents the following creditor(s), but Applicant is not aware of any objection by another creditor to said person's employment or of any actual conflict of interest if the employment requested herein is approved. (If NONE, so state):

   NONE

3. The specific facts showing the necessity for the employment here requested are as follows:

   Debtor's rights under the Fair Debt Collection Practices Act ("FDCPA") have been violated by one or more debt collectors as defined under said Act. Additionally, debtor's rights under the common law have potentially been violated.

4. The professional services to be rendered are as follows:

   Legal services for one or more claims arising out of the above-referenced violations of the FDCPA and common law.

5. The reasons for the selection of said person are:

   John Hubbard and Whitney Seals collectively have experience handling and regularly represent clients in FDCPA cases.

6. All of each of said person's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the Bankruptcy Administrator, or any person employed in the Office of the Bankruptcy Administrator are as follows:

   Jaffe & Erdberg, the firm with which John Hubbard is affiliated, also represents the Debtor concerning her Chapter 13 case in this Court.

7. Except as stated below, the representations made in this application with respect to each of said persons apply to each of each of said person's partners and associates and members of the firm, professional corporation, or other entity with whom or with which each of said persons is professionally associated.

   NONE

8. With the condition that the court may allow different compensation after the conclusion of each of said persons's employment if the terms and conditions proposed herein prove to have been improvident in light of developments not capable of being presently anticipated, applicant proposes the following reasonable terms and conditions of each of said persons's employment:

Contingent fee basis (if applicable):

Attorney's fees to be calculated in accordance to the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et seq*.

9. Applicant respectfully requests that, after notice of hearing, this Court will enter an order authorizing the approval of employment of the professional persons as provided herein. Applicant acknowledges that referring lawyers and law firms must submit their own separate applications to the Court in order for their employment to be considered.

*/s/ Latricia A. Hall*
Debtor - Applicant

## VERIFIED STATEMENT OF PERSON TO BE EMPLOYED

I have read the above and foregoing Application. As required by Bankruptcy Rule 2014(a) and in accordance with Bankruptcy Rule 9011(b) and 28 U.S.C. § 1746, I declare under penalty of perjury that the statements there made with reference to me and my professional associates are true and correct.

This the 24 day of February, 2009.

John C. Hubbard

W. Whitney Seals

## CERTIFICATE OF SERVICE

I hereby certify that an accurate copy of the foregoing Application has been served on the following by Email or U.S. Mail on this the 25 day of February, 2009:

Latrica Hobbs

D. Sims Crawford
Chapter 13 Standing Trustee
Post Office Box 10848
Birmingham, Alabama 35202-0848

Jon Dudeck
Assistant U.S. Bankruptcy Administrator
Northern District of Alabama
1800 5th Avenue North, Suite 132
Birmingham, Alabama 35203

All creditors listed on the Creditor Mailing Matrix

John C. Hubbard